## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Jeanne Marie Armstrong,

Debtor.

BKY No.  Case No  11-51076

Chapter 7

Erik A. Ahlgren, Trustee,

Plaintiff,

v.

Wesley W. Scott and Kain & Scott, P.A.,

Defendants.

Adv. No.:  16-05005

### ORDER AWARDING SANCTIONS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011

This adversary proceeding came on for hearing on June 20, 2016 on the defendants' motion for sanctions.  Matthew R. Burton appeared on behalf of the plaintiff and Charles E. Jones appeared on behalf of the defendants.

Based on findings of fact and conclusions of law stated orally and recorded in open court,

**IT IS ORDERED:**

The defendants are awarded sanctions of $1,000.00 jointly against Matthew R. Burton and Erik A. Ahlgren.

Dated:  *June 23, 2016*

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/23/2016*
Lori Vosejpka, Clerk, by AMM